**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01064-BNB
(**The above civil action number must appear on all future papers
 sent to the court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.**)

CHRISTOPHER WILLIAM DODSON,

      Plaintiff,

v.

STATE OF COLORADO, COLORADO JUDICIAL BRANCH (a.k.a. COLORADO
JUDICIAL DEPARTMENT), 4th JUDICIAL DISTRICT, EL PASO COUNTY DISTRICT
COURT, and DOES 1-10,

      Defendants.

_____

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

_____

      Plaintiff, Christopher William Dodson, through counsel, has submitted a

Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915.

      As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has

determined that the submitted documents are deficient as described in this Order.  Mr.

Dodson will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Mr. Dodson files in response to this Order must include the civil action

number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __     is not submitted
(2)   __     is missing affidavit
(3)   __     is missing certified copy of prisoner's trust fund statement for the 6-month
                period immediately preceding this filing
(4)   __     is missing certificate showing current balance in prison account
(5)   __     is missing required financial information
(6)   __     is missing an original signature by the prisoner
(7)   __     is not on proper form (must use the court's current form)

(8)    __    names in caption do not match names in caption of complaint, petition or habeas application

(9)    __    An original and a copy have not been received by the court. Only an original has been received.

(10)   X    other: The source of the $950 income reported on Page 3 of the Motion and Affidavit is not clearly identified

**Complaint, Petition or Application**:

(11)   __    is not submitted

(12)   __    is not on proper form (must use the court's current form)

(13)   __    is missing an original signature by the prisoner

(14)   __    is missing page nos. ___

(15)   __    uses et al. instead of listing all parties in caption

(16)   __    An original and a copy have not been received by the court.  Only an original has been received.

(17)   __    Sufficient copies to serve each defendant/respondent have not been received by the court.

(18)   __    names in caption do not match names in text

(19)   X    other: The caption of the Complaint does not comply with D.C.COLO.LCivR 10.1.J., Local Rules of Practice of the U.S. District Court for the District of Colorado.

Accordingly, it is

ORDERED that the Mr. Dodson cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Mr. Dodson files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that, if Mr. Dodson fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED April 24, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge